IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
 )
v. ) CR.NO. CR 07 025 S
 ) In Violation of
 ) 18 U.S.C. § 2113(a)
STEPHEN A. DAVIDOW )

FILED
MAR 07 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

COUNT I

The Grand Jury Charges:

On or about December 28, 2006, in the District of Rhode Island, the Defendant STEPHEN A. DAVIDOW, by intimidation, did knowingly take from the person and presence of another money, namely approximately $3,100 (three thousand one hundred dollars), belonging to and in the care, custody, control, management, and possession of Webster Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. §2113(a).

A TRUE BILL REDACTED

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

DATE FILED: 3-7-07