UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-0025S |
| | ) | |
| STEPHEN DAVIDOW | ) | |

## DEFENDANT'S REQUEST FOR DISPOSITION

Now comes Stephen Davidow, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Article III of the Interstate Agreement on Detainers ("IAD"), 18 U.S.C. App. 2, and requests to be brought before the Court to dispose of this matter. Mr. Davidow is currently serving a sentence in the custody of the State of Rhode Island and understands that his transfer to Federal custody for the purpose of disposing of this indictment is governed by the IAD. Mr. Davidow understands that under the IAD he has the right not to be shuttled back and forth from the ACI and the Federal Court during this process. Mr. Davidow hereby waives this right and wishes to remain housed at the ACI during the prosecution of this matter.

Mr. Davidow requests to appear on this matter forthwith.

Respectfully submitted
Stephen Davidow
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on April 10, 2007.

/s/ Kevin J. Fitzgerald