# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR07-25S***

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **STEPHEN A. DAVIDOW**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **12th** day of **April, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible]

[illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: April 11, 2007.

David A. DiMarzio, Clerk

ARRAIGNMENT

***by*** ______________________
***Jeannine Noel - Deputy Clerk***