UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | |
| | ) | CR07-025S |
| STEPHEN DAVIDOW | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Stephen Davidow, the Defendant in the above captioned matter, and hereby moves this Honorable Court to continue the sentencing in this case, presently scheduled for August 3, 2007, for a period of thirty days. In support of this motion, counsel states that the requested time is needed to fully investigate the dated convictions in Mr. Davidow's PSR.

The government, through AUSA Zechariah Chafee, indicates that it has no objection to the granting of this motion.

Respectfully submitted
Stephen Davidow
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on July 12, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | |
| | ) | CR07-025S |
| STEPHEN DAVIDOW | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Davidow has moved to continue his sentencing hearing for a period of thirty days. Mr. Davidow has pled guilty to bank robbery, under 18 U.S.C. § 2113(a). The draft PSR produced by the probation department shows a number of prior convictions which make a significant impact in the suggested guideline range. Defense counsel needs additional time to investigate these prior, and somewhat dated, convictions to ensure they are being counted properly and can be relied upon for the appropriate sentence determination.

Respectfully submitted
Stephen Davidow
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on July 12, 2007.

/s/ Kevin J. Fitzgerald