UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | |
| | ) | CR07-025S |
| STEPHEN DAVIDOW | ) | |

---

# MOTION TO CONTINUE SENTENCING

Now comes Stephen Davidow, the Defendant in the above captioned matter, and hereby moves this Honorable Court to continue the sentencing in this case, presently scheduled for December 21, 2007, until February, 2008. In support of this motion, counsel states that the requested time is needed to complete investigation of the dated convictions in Mr. Davidow's PSR.

The government, through AUSA Zechariah Chafee, indicates that it has no objection to a continuance.

Respectfully submitted
Stephen Davidow
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

## CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on November 29, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | |
| | ) | CR07-025S |
| STEPHEN DAVIDOW | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Davidow has moved to continue his sentencing hearing until February, 2008. As previously stated:

- Mr. Davidow pled guilty to bank robbery, under 18 U.S.C. § 2113(a). The draft PSR produced by the probation department shows a number of prior convictions which make a significant impact in the suggested guideline range;
- In particular, the PSR lists a conviction for "Entering a Building with Felonious Intent" from 1992, adjudicated in Providence Superior Court. PSR ¶44 (case # P2-1992-2408A);
- There is a legitimate question as to whether or not this instance is a crime of violence under the guidelines and further whether the conviction may be used as a predicate for application of the career offender designation;
- The Defense has requested the transcript from the 1992 plea hearing and has been diligent in checking on the completion of the brief document;
- The court reporter has not been able to provide the transcript and now indicates that she will be further delayed due to her duties in a murder trial now proceeding before RI Superior Court Judge Darigan.

Once again, Defense Counsel believes this transcript is essential to complete the investigation of this conviction under the standards of *United States v. Taylor,* 495 U.S. 575 (1990) and *United States v. Shepard,* 544 U.S.13 (2005). The Defense will continue to press for the completion of the transcript.

Respectfully submitted
Stephen Davidow
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on November 29, 2007.

/s/ Kevin J. Fitzgerald